

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00742-CR

Juan Felix **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 23-06-0151-CRA
Honorable Russell Wilson, Judge Presiding

Opinion by:     Adrian A. Spears II, Justice

Sitting:         Irene Rios, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: October 22, 2025

AFFIRMED, MOTION TO WITHDRAW GRANTED

A jury convicted Juan Felix Jimenez of bail jumping and failure to appear in a felony case.[1]

The jury also found two enhancement paragraphs to be true and assessed punishment at thirty-five

---

[1]The offense is a third-degree felony "if the offense for which the actor's appearance was required is classified as a felony." *See* TEX. PENAL CODE 38.10(f).

years in prison.[2] The trial court sentenced Jimenez in conformity with the jury's assessment. Jimenez appealed.

Jimenez's court-appointed appellate counsel has filed a brief and motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). With citations to the record and legal authority, counsel's brief explains why no arguable points of error exist for review and concludes that this appeal is frivolous and without merit. *See id*. at 744-45; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The brief meets the requirements of *Anders* as it presents a professional evaluation showing why there is no basis to advance an appeal. *See Anders*, 386 U.S. at 744-45; *High*, 573 S.W.2d at 812-13. In compliance with the requirements of *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), counsel has certified that he served copies of the brief and motion to withdraw on Jimenez, has informed Jimenez of his right to review the record and file a pro se brief, and has explained to Jimenez the procedure for obtaining the record. This court subsequently set a deadline for Jimenez to request a copy of the record and file a pro se brief. Jimenez neither requested a copy of the record nor filed a pro se brief.

We have thoroughly reviewed the record and counsel's brief. We find no arguable grounds for appeal exist and agree with counsel that this appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). The judgment of the trial court is affirmed. Furthermore, we grant the motion to withdraw. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

No substitute counsel will be appointed. Should Jimenez wish to seek further review by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for

---

[2]When enhanced by two prior felony convictions, the punishment range for a third-degree felony is confinement for life or a term of 25 to 99 years. *See id*. § 12.42(d).

discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from either the date of this opinion or from "the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the court of appeals." *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See id*. R. 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id*. R. 68.4.

Adrian A. Spears II, Justice

DO NOT PUBLISH